FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISAEL RAMIREZ, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SGL CARBON FIBERS AMERICA LLC, a Delaware limited liability company,<br><br>　　　Defendant. | No. 2:25-CV-00360-SAB<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated [Motion for] Protective Order, ECF No. 23. The motion was heard without oral argument. Plaintiff is represented by Dean Petitta, Douglas Han, Shunt Tatavos-Gharajeh, April Rheaume, and Winthrop William Hubbard. Defendant is represented by Aaron Dover, Emily Seibold, James Shore and Karin Jones.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect

**ORDER DENYING STIPULATED PROTECTIVE ORDER** ~1

such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulated [Motion for] Protective Order, ECF No. 23, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 16th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING STIPULATED PROTECTIVE ORDER** ~2