FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MISAEL RAMIREZ, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>SGL CARBON FIBERS AMERICA LLC, a Delaware limited liability company,<br>Defendant. | No. 2:25-CV-00360-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 25. Plaintiff is represented by Dean Petitta, Douglas Han, Shunt Tatavos-Gharajeh, April Rheaume and Winthrop Hubbard. Defendant is represented by Aaron Doyer, Emily Seibold, James Shore, and Karin Jones.

The parties ask that this action be dismissed in its entirety without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal Without Prejudice, ECF No. 25, is **GRANTED**.

2. The above-caption action is dismissed without prejudice. The claims of no person other than the named Plaintiff are released, adjudicated, or otherwise affected. Each party shall bear its own attorneys' fees and costs, except as the

parties have otherwise agreed.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 20th day of October 2026.

Stan Bastian
Chief United States District Judge